UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 97-CR-08138-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

v.

TIMOTHY WHITE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON THE SUPERSEDING PETITION FOR OFFENDER UNDER SUPERVISION

**THIS CAUSE** came before the Court upon the Superseding Petition for Offender Under Supervision **[ECF No. 71]**, which was assigned to the Fort Lauderdale Duty Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Jared M. Strauss on July 12, 2023 **[ECF No. 72]**. A Report and Recommendation was filed on July 12, 2023, recommending that the Defendant's admittance to Violation Numbers 2 and 3 be accepted, that his supervised release be revoked and then reinstated *nunc pro tunc* to March 21, 2023, with no further supervision to follow, and that Violation Number 1 of the Superseding Petition be dismissed **[ECF No. 73]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. However, the Defendant did file an Unopposed Motion to Adopt/Join the Report and Recommendation **[ECF No. 74]**. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 73]** of United States Magistrate Judge Jared M. Strauss, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty as to Violation Numbers 2 and 3 of the Superseding Petition for Offender Under Supervision **[ECF No. 71]**.

In summation, Violation Number 2 charges the Defendant with failure to refrain from violation of the law on or about September 2, 2022, in Palm Beach County, Florida, where the Defendant committed the offense of Petit Theft, contrary to Florida Statute 812.014(1). Violation Number 3 charges the Defendant with failing to satisfy the $10,000.00 court-ordered fine imposed on August 28, 1998. Meanwhile, Violation Number 1, which charged the Defendant with Grand Theft of a Motor Vehicle on September 2, 2022, in Palm Beach County, Florida, contrary to Florida Statute 812.014(1) and (2)(c), will be dismissed. The Defendant acknowledged that he understood the penalties that apply in his case.

It is also **ORDERED AND ADJUDGED**, as per United States Magistrate Judge Jared M. Strauss' Report and Recommendation, that no further hearings will be entered. The Defendant's supervised release is hereby revoked, and will be reinstated *nunc pro tunc* to March 21, 2023, with no further supervision to follow.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 27 day of July, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Jared M. Strauss
      All Counsel of Record
      U.S. Probation Office